UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MAWULE TEPE,<br><br>Plaintiff,<br><br>v.<br><br>TRUIST FINANCIAL CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-CV-00093-DCLC-CHS |

**ORDER**

This matter is before the Court on Chief United States Magistrate Judge Christopher H. Steger's Report and Recommendation [Doc. 86]. Chief Magistrate Judge Steger recommends the Court grant Defendant Truist Financial Corp.'s ("Truist") Motion for Sanctions [Doc. 59] and deny Truist's Motion to Set Hearing or, in the Alternative, for Status Conference [Doc. 77]. He further recommends the Court enjoin Plaintiff Mawule Tepe, who is acting pro se and whom the Court has declared to be a vexatious litigant, from filing any other suit against Truist until he pays Truist the amount of sanctions that the Court determines are appropriate. Neither party has timely objected to Chief Magistrate Judge Steger's report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Having carefully reviewed the record, the Court agrees with Chief Magistrate Judge Steger's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this

Judgment Order, Truist's Motion for Sanctions [Doc. 59] is **GRANTED**, and Truist's Motion to Set Hearing or, in the Alternative, for Status Conference [Doc. 77] is **DENIED**. Truist is **ORDERED** to file an itemized accounting of its attorney's fees and expenses by **Wednesday, October 21, 2026**. Mr. Tepe may respond to Truist's itemized accounting by **Wednesday, November 4, 2026**. The Court's order enjoining Mr. Tepe from filing any other actions in this district without first obtaining the Court's permission remains in full force and effect. [Order, *In re Mawule Tepe*, No. 1:23-mc-00025 (E.D. Tenn. Jan. 11, 2024), ECF No. 3].

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the address on file for Mr. Tepe: Mawule Tepe, 3403 Peerless Road, NW # G, Cleveland, TN 37312, and the Clerk of Court is also **DIRECTED** to mail a copy of this Order to: Mawule Tepe, ID# 20233285, c/o Securus Digital Mail Center, P.O. Box 21105, Tampa, FL 33622, which is the address where, according to Truist, Mr. Tepe is now receiving mail. *See* [Def.'s Resp., Doc. 79, at 3 ("Based on information available on the website for the Bradley County Sheriff's Office, Mr. Tepe may receive mail at: Mawule Tepe, ID# 20233285, c/o Securus Digital Mail Center, P.O. Box 21105, Tampa, FL 33622.")].

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge